**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

> On or before January 11, 2023, counsel for Mr. Green shall notify the Court whether Mr. Green has consented to Ms. Scolari's appearance on his behalf for the January 13 conference.
>
> **SO ORDERED:** 1/9/23
>
> *Vernon Broderick*
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

June 22, 2022

**Via ECF**

Hon. Paul G. Gardephe, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Earle (Lawrence Green)
                22-Cr-142 (VSB)

Dear Judge Gardephe:

    I will be unable to appear on behalf of my client, Lawrence Green, at the conference scheduled for January 13, 2023. I will be out of the country on a personal matter. Ms. Lisa Scolari, who represents co-defendant Javon Hoskins, has agreed to appear for me on behalf of Mr. Green. Accordingly, I am respectfully requesting that this Court permit Ms. Scolari to represent Mr. Green for the limited purposes of the conference on January 13, 2023.

    Thank you for your consideration in this matter. I apologize for any inconvenience this may cause.

                              Very truly yours,

                              David K. Bertan

DKB
cc: AUSA Thomas John Wright (via ECF)